UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-246-FDW

| | |
|---|---|
| BRADFORD D. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MADISON CO. SHERIFF'S DEPT./JAIL, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment, (Doc. No. 30), based on his contention that Defendants Michael Garrison, Buddy Harwood, and Tommy Worley have not filed an Answer to the Complaint. The motion is denied, as Defendants have until May 4, 2016, to file an Answer. See (Doc. No. 29).

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion for Default Judgment, (Doc. No. 30), is **DENIED**.

Signed: April 20, 2016

Frank D. Whitney
Chief United States District Judge