UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-246-FDW

| | |
|---|---|
| BRADFORD D. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MADISON CO. SHERIFF'S DEPT./JAIL, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment, (Doc. No. 33), based on his contention that Defendants Michael Garrison, Buddy Harwood, and Tommy Worley have not filed an Answer to the Complaint. The motion is denied, as Defendants filed their Answer on May 5, 2016. See (Doc. No. 32).

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion for Default Judgment, (Doc. No. 33), is **DENIED**.

_____
Frank D. Whitney
Chief United States District Judge