**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:15-cv-246-FDW**

| | | |
|---|---|---|
| **BRADFORD D. ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MADISON CO. SHERIFF'S DEPT./JAIL,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the Court on Plaintiff's two Motions to Compel Discovery, (Doc. Nos. 39; 40), in which Plaintiff contends that he submitted discovery requests to Defendants, but that Defendants have not responded. Defendants filed a response to the motions to compel on July 22, 2016, stating that "[t]he discovery requests submitted to the Defendants have been fully answered, with all Interrogatories and Request for Production of Documents being placed in the mail this date, July 22, 2016. Said discovery consists of a total of 265 pages, as a full and complete response to the Plaintiff's Interrogatories and Request for Production of Documents." (Doc. No. 41 at 1). Because Defendants assert that they have now responded to Plaintiff's discovery requests, Plaintiff's motions to compel are **DENIED**.

　　**IT IS SO ORDERED.**

_____
Frank D. Whitney
Chief United States District Judge