**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:15-cv-246-FDW**

| | | |
|---|---|---|
| **BRADFORD D. ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MADISON CO. SHERIFF'S DEPT./JAIL,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

UPON MOTION of Plaintiff, (Doc. No. 72), for an enlargement of time within which to file a responsive pleading to Defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED that Plaintiff shall have up to and including 30 days from service of this Order in which to file a responsive pleading.[1]  No further extensions of time will be granted.

Frank D. Whitney
Chief United States District Judge

---

[1]  Plaintiff has requested an extension in part so that he can obtain "additional discovery." However, the discovery period has ended.  Thus, to the extent that Plaintiff is requesting that the Court reopen the discovery period to allow Plaintiff to take additional discovery, the request is denied.