UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-246-MOC

| | | |
|---|---|---|
| BRADFORD D. ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MADISON CO. SHERIFF'S DEPT./JAIL, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion following a status review of Defendants' pending summary judgment motion. (Doc. No. 60). The Court finds that an evidentiary hearing shall be held on Defendants' affirmative defense of summary judgment in which Defendants contend that Plaintiff did not exhaust his administrative remedies as to his claims against Defendants in this matter.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk shall schedule an evidentiary hearing in this matter to be held in the Asheville courthouse during the Court's next civil term.

**IT IS SO ORDERED.**

Signed: June 23, 2017



Max O. Cogburn Jr.
United States District Judge