**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-246-MOC**

| | |
|---|---|
| **BRADFORD D. ALLEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **MADISON CO. SHERIFF'S DEPT./JAIL,** ) | |
| **ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on its own motion. In a prior Order, this Court held that an evidentiary hearing is necessary as to the issue of whether Plaintiff exhausted his administrative remedies before filing his claims in this Court. (Doc. No. 84).

IT IS THEREFORE ORDERED that the Bureau of Prisons and the U.S. Marshal Service are hereby ORDERED to transport and produce the body of Bradford D. Allen, offender #22458-058, incarcerated at Edgefield Federal Correctional Institution in Edgefield, South Carolina, under safe and secure conduct before the undersigned United States District Judge Max O. Cogburn, Jr., in and for the Western District of North Carolina, at Courtroom One in Asheville, North Carolina, on or before July 31, 2017, at 2:00 p.m., to be present for an evidentiary hearing in this matter. Upon completion of the evidentiary hearing, Plaintiff is to be returned to the custody of the Bureau of Prisons.

IT IS FURTHER ORDERED that the Clerk's Office is respectfully directed to send a copy of this Order to all parties and the U.S. Marshal.

1

IT IS SO ORDERED.

Signed: June 28, 2017

Max O. Cogburn Jr
United States District Judge