# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-246-MOC

| | |
|---|---|
| BRADFORD D. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MADISON CO. SHERIFF'S DEPT./JAIL, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion. The Court recently held an evidentiary hearing on the sole issue of whether Plaintiff exhausted his administrative remedies before filing this action. Before issuing an order on the exhaustion issue, the Court will require the parties to submit supplemental memoranda addressing the evidence presented at the evidentiary hearing.

**IT IS, THEREFORE, ORDERED** that, within thirty (30) days of this Order, the parties shall submit memoranda addressing the evidence presented at the evidentiary hearing in this matter on the issue of whether Plaintiff exhausted his administrative remedies before filing this action.

**IT IS SO ORDERED.**

Signed: October 23, 2017

Max O. Cogburn Jr
United States District Judge

1