# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Bradford D. Allen, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:15-cv-00246-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Madison Co. Sheriff's Office/Jail, Buddy Harwood, Michael Garrison, Tommy Worley, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2018 Order.

March 1, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court